UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| United States of America | **Protective Order** |
|---|---|
| v. | **95 Cr. 942 (JPC)** |
| Ronald Ocasio, | **20 Civ. 9733 (JPC)** |
| *Defendant.* | |

Upon the Stipulation and Application for Protective Order by Petitioner Ronald Ocasio, by his counsel, Florian Miedel, Esq., and the United States of America by Audrey Strauss, United States Attorney, Matthew R. Shahabian, Assistant United States Attorney, of counsel,

IT IS HEREBY ORDERED THAT:

1. Information the Government provides to counsel for Petitioner Ronald Ocasio that may be pertinent to a retrospective evaluation of the credibility of former cooperating witnesses Marqueo Stroud and Arnold Rodriguez ("Disclosure Information") will be used by Petitioner and counsel solely in his representation of Petitioner.

2. Disclosure Information shall not be disclosed to the media. Nor shall Disclosure Information be disclosed to any third party except as set forth below.

3. Disclosure Material may be disclosed by counsel to: (a) the Petitioner for purposes of litigating this matter, (b) personnel for whose conduct counsel is responsible, *i.e.*, personnel employed by or retained by counsel, as needed for purposes of litigating this action; or (c) prospective witnesses for purposes of litigating this action.

4. The Government may authorize, in writing, disclosure of Disclosure Material beyond that otherwise permitted by this Protective Order without further Order of this Court.

5. Counsel shall not publicly file any Disclosure Information absent prior consent of the Government or further Order of this Court.

6. The defense shall provide a copy of this Order to prospective witnesses and persons retained by counsel to whom the defense has disclosed Disclosure Material. All such persons shall be subject to the terms of this Order.

7. The provisions of this Order shall not terminate at the conclusion of this § 2255 proceeding and the Court will retain jurisdiction to enforce this Order following termination of the case.

SO ORDERED:

Dated: New York, New York
       July  8 , 2021

_____
THE HONORABLE JOHN P. CRONAN
UNITED STATES DISTRICT JUDGE